Commonwealth *v.* Neith, Appellant.

 Submitted March 17, 1970. *Chester A. Reybitz,* Public Defender, for appellant; *Peter Rybak,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.